579 FLATBUSH AVENUE REALTY CORPORATION, Respondent, v. ROSRUTH REALTY CORPORATION, Appellant, and Others, Defendants.— In an action brought to foreclose a mortgage on real estate, judgment of foreclosure and sale entered upon an order granting summary judgment in favor of the plaintiff, and, as amended by order dated April 29, 1937, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

LAWRENCE FOX, Respondent, v. LOUIS GREENBERG and ADZAM HOLDING CORPORATION, Appellants.— Order granting in part plaintiff's motion for an examination of the defendants before trial modified by disallowing items numbered 6 and 7 of the notice of motion, and as so modified affirmed, in so far as an appeal is taken therefrom, without costs; the examination to proceed on five days' notice at the place and hour specified in the order. No opinion. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

SARAH FRIEDMAN, MARJEM SHPRINTZE GOLDHIRSH FRIEDMAN and ISRAEL FRIEDMAN, Respondents, v. CHEVRA CHASIDIM SEDIGIR TFERES ISRAEL MERIZIN, Appellant.— Order denying the defendant's motion to dismiss the complaint pursuant to subdivision 8 of rule 107 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from the entry of the order hereon. No opinion. Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of East 45th Street from Cortelyou Road to Glenwood Road from the Southerly Right-of-Way Line of the Long Island Railroad to Avenue I, and from Kings Highway to Avenue L; in the Borough of Brooklyn, the City of New York. MASON & HANGER COMPANY, INC., Appellant; THE CITY OF NEW YORK and J. P. DUFFY COMPANY, Respondents.— So much of a final decree in the condemnation proceeding to open a street as reduces an award for damage parcel No. 139 from $9,211, as fixed in the tentative decree, to the sum of $457.50, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of Acquiring Title by the COUNTY OF NASSAU to an Easement in Perpetuity for Highway Purposes in and over Certain Portions of Hempstead-Farmingdale Road, Part I (Bethpage Turnpike), a County Highway in the Town of Hempstead, County of Nassau and State of New York, Duly Selected by the Board of Supervisors of the County of Nassau for Use of Said County as a Highway According to Law. QUEENS PARK GARDENS, INC., Appellant; COUNTY OF NASSAU, Respondent.— In a proceeding brought by the County of Nassau, respondent, for the condemnation of an easement for highway purposes in certain lands of the appellant, order confirming the report and award of the commissioners of estimate, as to damage parcels owned by the appellant, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.